UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTOINETTE M. JONES,

        Plaintiff,

        - against -

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

**JUDGMENT**
13-CV-4785 (RRM)

        A Memorandum and Order of the undersigned having been filed this day granting defendant's motion for judgment on the pleadings, dismissing this action and directing the Clerk of Court to enter judgment accordingly, it is hereby

        ORDERED, ADJUDGED AND DECREED that plaintiff take nothing of defendant and this action is hereby dismissed with prejudice.

Dated: Brooklyn, New York
       September 22, 2015

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge